```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 27677
    THERESA HARRINGTON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER


        Debtor
    SSN XXX-XX-9786

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/13/2005 and was confirmed 09/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~     UNSECURED           1763.65           .00        1763.65
UNIVERSAL LENDERS INC      UNSECURED           1648.46           .00        1648.46
AMERICASH LOANS LLC        UNSECURED            594.86           .00         594.86
AMERILOAN                  UNSECURED         NOT FILED           .00            .00
AT & T WIRELESS/CINGULAR   UNSECURED            466.10           .00         466.10
CAPITAL ONE                UNSECURED            374.31           .00         374.31
INSTANT CASH USA           UNSECURED         NOT FILED           .00            .00
CHARTER ONE BANK           UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED            250.00           .00         250.00
ROUNDUP FUNDING LLC        UNSECURED            817.33           .00         817.33
DEVON FINANCIAL SERVICE    UNSECURED            746.65           .00         746.65
RPM INC                    UNSECURED         NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED            259.95           .00         259.95
ECAST SETTLEMENT CORP      UNSECURED            544.04           .00         544.04
MERRICK BANK               UNSECURED         NOT FILED           .00            .00
NELNET LOAN SERVICES       UNSECURED               .00           .00            .00
COLLEGE ACCESS NETWORK     UNSECURED               .00           .00            .00
RUSH OAK PARK HOSPITAL     UNSECURED         NOT FILED           .00            .00
RUSH PRES ST LUKE MED CE   UNSECURED         NOT FILED           .00            .00
US CELLULAR                UNSECURED         NOT FILED           .00            .00
HSBC AUTO FINANCE          SECURED             1137.96         28.11        1137.96
HSBC AUTO FINANCE          SECURED                 .00           .00            .00
USA PAYDAY LOAN            UNSECURED         NOT FILED           .00            .00
DEVON FINANCIAL SERVICE    UNSECURED               .00           .00            .00
JOSEPH WROBEL              DEBTOR ATTY       2,394.00                       2,394.00
TOM VAUGHN                 TRUSTEE                                            661.78
DEBTOR REFUND              REFUND                                              57.80

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 27677 THERESA HARRINGTON

```
TRUSTEE                                        11,745.00

PRIORITY                                                              .00
SECURED                                                          1,137.96
    INTEREST                                                        28.11
UNSECURED                                                        7,465.35
ADMINISTRATIVE                                                   2,394.00
TRUSTEE COMPENSATION                                               661.78
DEBTOR REFUND                                                       57.80
                                         ---------------   ---------------
TOTALS                                         11,745.00         11,745.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 04/24/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 05 B 27677 THERESA HARRINGTON